DAVID R. BARRETT, APPELLANT, v. BOARD OF COMMISSIONERS OF ATLANTIC CITY, RESPONDENT.

Argued June 19, 1914—Decided October 16, 1914.

On appeal from the Supreme Court, whose opinion is reported in 85 *N. J. L.* 134.

For the appellant, *Robert H. McCarter* and *Allen B. Endicott.*

For the respondent, *Theodore W. Schimpf.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Minturn in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, BERGEN, BLACK, BOGERT, VREDENBURGH, HEPPENHEIMER, WILLIAMS, JJ. 8.

*For reversal*—PARKER, J. 1.